IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ERIC ESANCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. No. 5: 05CV26 |
| ) | |
| JAMES T. QUINN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(e), Defendant James T. Quinn ("Mr. Quinn" or "Defendant"), moves this Court for an order (1) dismissing Plaintiff's claims for fraud/misrepresentation and unfair and deceptive trade practices for failure to state a claim and (2) requiring Plaintiff to provide a more definite statement of his defamation claim.

In support of this Motion, Defendant incorporates and relies upon his Memorandum of Law in Support of Defendant's Motion to Dismiss and Motion for More Definite Statement.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Jennifer P. Keller (N.C. Bar No. 24345)
207 Mockingbird Lane
P. O. Box 3038 CRS
Johnson City, Tennessee 37602
(423) 928-0181

and

Matthew J. Sweeney
April Y. Berman
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
*Motions for Pro Hac Vice Admission Pending*

*Attorneys for James T. Quinn*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Defendant's Motion to Dismiss and Motion for More Definite Statement has been served upon the counsel for parties in interest herein by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination:

C. Gary Triggs
N. C. S. B. #5865
Post Office Drawer 579
Morganton, North Carolina 28680

Jennifer P. Keller

Dated: February 28th, 2005.