**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:05CV26-V**

| | |
|---|---|
| **ERIC ESANCY,** )<br>)<br>  **Plaintiff,** )<br>)<br>  v. )<br>)<br>**JAMES T. QUINN,** )<br>)<br>  **Defendant.** )<br>_____ | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on "Motion For Admission Pro Hac Vice" of Clisby Hall Barrow of the law firm of Walker, Bryant, Tipps & Malone (document #15) filed August 19, 2005. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: August 29, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge