IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ERIC ESANCY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.:5:05CV26 |
| ) | |
| JAMES T. QUINN ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S DEFAMATION CLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant James T. Quinn is entitled to dismissal of the defamation claims asserted against him by Plaintiff Eric Esancy based upon Plaintiff's failure to state a claim upon which relief may be granted. In support of this Motion, Defendant incorporates and relies upon his Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Defamation Claims.

Respectfully submitted,

/s/ Clisby Hall Barrow_____
Clisby Hall Barrow (B.P.R. No. 14744)
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2424
(615) 313-6000 office
(615) 313-6001 fax
cbarrow@walkerbryant.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

       I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this September 30, 2005, on the following:

C. Gary Triggs
C. Gary Triggs, P.A.
P.O. Drawer 579
Morgantown, North Carolina 28680

                                              /s/ Clisby Hall Barrow

42648