**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No: 5:05-CV-00026**

| | |
|---|---|
| **ERIC ESANCY,** | |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** |
| **JAMES T. QUINN,** | |
| **Defendant.** | |

Defendant James T. Quinn moves this Court for an Order dismissing the Complaint because Plaintiff has failed to prosecute his suit. Defendant also moves this Court for an Order granting him summary judgment because Plaintiff has failed to produce any evidence sufficient to establish the elements of his claims. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

This the 6th day of November, 2006.

s/ Jonathan C. Krisko
Julian H. Wright, Jr.
N.C. Bar No. 19345
Jonathan C. Krisko
N.C. Bar No. 28625

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
jwright@rbh.com
jkrisko@rbh.com

Clisby Hall Barrow
Tennessee Bar No. 14744
WALKER, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2424
(615) 313-6000 office
(615) 313-6001 fax
cbarrow@walkertipps.com

*Counsel for Defendant*

C-1008863v1 19035.00011

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

C. Gary Triggs
gtriggs@triggslaw.com

This 6th day of November, 2006.

Respectfully submitted,

 s/ Jonathan C. Krisko
Jonathan C. Krisko
jkrisko@rbh.com

3

C-1008863v1 19035.00011