# United States District Court
## For The Western District of North Carolina
## Statesville Division

ERIC ESANCY,

           Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:05CV26

JAMES T. QUINN,

           Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2007, Order.

Signed: February 22, 2007

Frank G. Johns, Clerk
United States District Court